UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLADYS VEGA,

       Plaintiff,

                                      CASE NO.: 6:12-cv-00732-ACC-KR

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("NCO") by its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to plaintiff's claims. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 27th day of June 2012.

                                          Respectfully submitted,

                                          /s/ Kenneth C. Grace
                                          Kenneth C. Grace, Esq.
                                          Florida Bar No.: 0658464
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone:   (813) 890-2465
                                          Fax: (866) 466-3140
                                          kgrace@sessions-law.biz
                                          *Counsel for NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2012 a copy of the foregoing was served electronically via CM/ECF on the following:

William Peerce Howard, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL  33602

/s/ Kenneth C. Grace
Attorney

816227