# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLADYS VEGA,**

      **Plaintiff,**

**v.**                                        **Case No:  6:12-cv-732-Orl-22KRS**

**NCO FINANCIAL SYSTEMS INC,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised that the above-styled action has been settled (Doc. No. 14). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 28, 2012.

_ANNE C. CONWAY_
United States District Judge

Copies furnished to:

Counsel of Record